# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Neal Nelson, <br><br>    Plaintiff, <br><br> vs. <br><br> United States Army, <br><br>    Defendant | Case No.:  1:10-cv-01735 <br><br> Honorable Judge Rebecca R. Pallmeyer |

## NOTIICE OF MOTION

To:

David R. Lidow
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on March 21, 2011, at 9:00 A.M., the undersigned will appear to present its **MOTION TO ALTER OR AMEND THE COURT'S FEBRUARY 22, 2011 OPINION AND ORDER,** a copy of which is attached, before Honorable Judge Rebecca R. Pallmeyer, in Court Room 2119, of the Dirksen United States Court House, 219 South Dearborn Street, Chicago, Illinois.

By: /s/ Neal Nelson (pro se)
    222 North River Street
    East Dundee, IL 60118
    (847) 851-8900
    (847) 851-8901 (facsimile)
    Email: neal@nna.com